IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA BOARD OF<br>PRISON TERMS, et al.<br><br>　　　　　Respondents.<br>_____/ | No. C-13-3746 THE (PR)<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE IN FORMA PAUPERIS<br>APPLICATION AND CERTIFICATE OF<br>FUNDS DOCUMENTS, FILING FEE OR<br>DECLARATION FROM OFFICER |

　　　　On August 13, 2013, Petitioner, a state prisoner incarcerated at Mule Creek State Prison, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a decision by the California Board of Prison Terms. Doc. #1. On the same day the petition was filed, the Court notified Petitioner in writing that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in his prison trust account form (COF) signed by an authorized officer at the prison and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Doc. #3. The Court's notice stated that, if Petitioner did not file the fee or the required documents within twenty-eight days from the date the notice was filed, his action would be dismissed, the file closed and the filing fee would become due immediately. The filing fee or the IFP application with the required trust fund documents was due on September 20, 2013.

The time for filing the fee or the IFP application and prison trust fund documents has passed and Petitioner has filed neither.  On September 11, 2013, Petitioner filed a letter with the Court stating that he asked the prison to send $5.00 from his trust account to the Court to pay the filing fee.  He attaches a statement from his trust account showing that, on August 7, 2013, $5.00 was withdrawn from his trust account and labeled "Federal Court F/F."  However, the docket of Petitioner's case shows that the Court did not receive $5.00 from Petitioner.

Therefore, in the event that the prison inadvertently misplaced Petitioner's filing fee, Petitioner may file a declaration from an authorized prison officer indicating that Petitioner requested that the prison send the Court the $5.00 filing fee for this case, that the prison withdrew the $5.00 from Petitioner's trust account but that it was either misplaced or lost.  Petitioner must file such a declaration with the Court within twenty-one days from the date of this Order.  In lieu of the declaration, within twenty-one days from the date of this Order, Plaintiff may send the completed IFP and trust account documents as described above or $5.00.

IT IS SO ORDERED.

DATED   *10/04/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.13\Kabede 13-2746 EOT IFP.wpd

2